**Emma L. HAND, Plaintiff–Appellant,**

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

**No. 02–2245.**

United States Court of Appeals, Fourth Circuit.

Submitted March 7, 2003.

Decided March 20, 2003.

Jerry L. Williams, Jr., Williams, Luck & Williams, Danville, Virginia, for Appellant. James A. Winn, Assistant Regional Chief,

Patricia M. Smith, Deputy Chief, Andrew C. Lynch, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, United States Attorney's Office, Roanoke, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Emma L. Hand seeks review of the magistrate judge's order * affirming the Commissioner's denial of social security benefits pursuant to 20 C.F.R. §§ 404.1520(f), 416.920(f) (2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. In particular, we find that substantial evidence supports a finding that Hand is unable to meet the requirements of either 20 C.F.R. Part 404, Subpart P, Appendix 1, § 1.03 (1998) or 20 C.F.R. Part 404, Subpart P, Appendix 1, § 1.02 (2002). Accordingly, we affirm the magistrate judge's order. *Hand v. Commissioner of SSA*, No. CA–01–38–4 (W.D.Va. Aug. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

* The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2)

(2000).